In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK Relative to the Closing of a Portion of Old White Plains Road in the Borough of the Bronx.

FRANK J. TAYLOR, as Comptroller of the City of New York, Appellant; ELIZABETH DOWNS et al., as Executrices of MARY A. ULLMAN, Deceased, et al., Respondents.

Argued March 3, 1937; decided March 23, 1937.

*Paul Windels*, Corporation Counsel (*Phillip W. Haberman, Jr.*, *Paxton Blair* and *Samuel K. Handel* of counsel), for appellant.

*Thomas C. Blake* and *Denis Quinn* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.